

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-10-00274-CR

JEROME VIRGIL BURKHALTER                                      APPELLANT

V.

THE STATE OF TEXAS                                                STATE

------------

## FROM THE 371ST DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1]

----------

Appellant Jerome Virgil Burkhalter attempts to appeal from a May 18, 2010 judgment convicting him of misdemeanor assault causing bodily injury. The trial court's certification of Burkhalter's right of appeal, which both Burkhalter and his attorney signed, states that this "is a plea-bargained case and the defendant has NO right of appeal." *See* Tex. R. App. P. 25.2(a)(2). On July 7, 2010, we notified Burkhalter that the trial court's certification of his right to appeal had been filed in

---

[1]*See* Tex. R. App. P. 47.4.

this court, that the certification states that this is a plea-bargain case and he has no right of appeal, and that the appeal may be dismissed unless he or any party desiring to continue the appeal filed a response on or before July 19, 2010, showing grounds for continuing the appeal. *See* Tex. R. App. P. 44.3. On July 22, 2010, we granted Burkhalter's motion for extension of time to file a response to our July 7, 2010 letter, extending the deadline to file a response to no later than August 23, 2010. We have not received a response. Therefore, in accordance with the trial court's certification, we dismiss the appeal. *See* Tex. R. App. P. 25.2(a)(2), 43.2(f).

PER CURIAM

PANEL: MEIER, J.; LIVINGSTON, C.J.; and GABRIEL, J.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: October 14, 2010